IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KHARIDJA A. NICHOLS,<br><br>         Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>         Defendant. | **4:21CV3139**<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the court on its own motion. Plaintiff's Complaint (Filing 1) was filed in this court on July 19, 2021, after being transferred from the United States Court of Appeals for the Federal Circuit (Filing 2-8) for lack of jurisdiction. However, the $402.00 filing and administrative fees have not been paid, nor has Plaintiff submitted a request to proceed in forma pauperis. Failure to take either action within 30 days will result in the court dismissing this case without further notice to Plaintiff.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff is directed to submit the $402.00 filing and administrative fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

    2.    The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

    3.    The clerk of the court is directed to set a pro se case management

deadline in this matter with the following text: October 13, 2021—Check for MIFP or payment.

    DATED this 13th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
