IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KHARIDJA N.,<br><br>    Plaintiff,<br><br> vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | 4:21CV3139<br><br>**ORDER** |

 IT IS ORDERED that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing 19) is granted.

 DATED this 13th day of October, 2021.

            BY THE COURT:

            *Richard G. Kopf*
            Richard G. Kopf
            Senior United States District Judge